# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GEORGE PETER MARSE, III AND
HILARY MARSE, INDIVIDUALLY
AND ON BEHALF OF THEIR
MINOR DAUGHTER, ANNABELLA
MARSE

VERSUS

RED FROG EVENTS, LLC, ET
AL.

Consolidated with

VANESSA WEST

VERSUS

RED FROG EVENTS, LLC, ET
AL.

Consolidated with

BRYAN SAMPSON

VERSUS

RED FROG EVENTS, LLC, ET
AL.

Consolidated with

OLUWAFEYISAO AKINKUGBE

VERSUS

**AUG 0 5 2019**

RED FROG EVENTS, LLC, ET
AL.

---

In Re:    George Peter Marse, III and Hilary Marse, individually
          and on behalf of their minor daughter, Annabella
          Marse, applying for supervisory writs, 20th Judicial
          District Court, Parish of West Feliciana, No. 23038
          c/w 23047 c/w 23078 c/w 23079.

---

BEFORE:    **McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court's March 8,
2019 judgment is a final, appealable judgment. See La. Code
Civ. P. art. 1915(A). Thus, the writ application is granted for
the limited purpose of remanding this matter to the district
court with instructions to grant an appeal to plaintiffs, George
Peter Marse, III and Hilary Marse, individually and on behalf of
their minor daughter, Annabella Marse, pursuant to the notice of
intent to seek supervisory writs filed on March 27, 2019. See
**In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). In the
event plaintiffs seek to appeal the district court's judgment,
they shall submit a new order for appeal to the trial court

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

within fifteen days of this court's order.  Additionally, a copy
of this court's order is to be included in the appellate record.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT